BEFORE THE THIRD DIVISION, SEPTEMBER 10, 1943

No. 48753.—Protest 632148–G of Breakstone Bros., Inc. (New York).

Opinion by KEEFE, J. It was stipulated that the issue herein is similar to that the subject of *Kraft Phenix Cheese Corp.* v. *United States* (T. D. 47955). In accordance therewith the protest was sustained as to this claim and the collector was therefore directed to reliquidate the entries accordingly.